Form 210A (12/09)                                                                                                                BL8177230

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA, EUREKA DIVISION

In re HECTOR A SANDOVAL                              Case No. 10-14087-AJ-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Chase Bank USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   eCAST Settlement Corporation
   POB 29262
   New York, NY 10087-9262

Court Claim # (if known):   5
Amount of Claim:   $13,933.27
Date Claim Filed:   11/26/2010

Phone: 610-644-7800                                   Phone: 800-349-1467
Last Four Digits of Acct #:   5755                    Last Four Digits of Acct #:   5755
Last Four of Alternate Acct #:                        Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET                             Date:   02/02/2011

   Alane A. Becket, Esquire, PA65451
   Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CBO14701



Case: 10-14087    Doc# 19    Filed: 02/10/11    Entered: 02/10/11 10:53:02    Page 1 of 1