```
WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

Attorneys for Secured Creditor,
EMC MORTGAGE CORPORATION
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>HECTOR A. SANDOVAL<br><br>Debtor. | Bankruptcy Case No. 10-14087<br><br>Chapter 13<br><br>**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**CONFIRMATION HEARING:**<br>DATE: May 25, 2011<br>TIME: 1:30 PM<br>PLACE: Santa Rosa Courtroom-Jaroslovsky |

TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR'S COUNSEL AND THE DEBTOR:

PLEASE TAKE NOTICE that JPMorgan EMC Mortgage Corporation ("EMC") hereby withdraws its Objection to Confirmation of Chapter 13 Plan filed on December 29, 2010 in the above-entitled and numbered case as docket entry number 15. The Plan has been amended to provide for the cure of JPMorgan's full arrears.

DATED: April 25, 2011

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

*/s/William G. Malcolm*
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
**EMC MORTGAGE CORPORATION**

Case: 10-14087    Doc# 24    Filed: 04/25/11    Entered: 04/25/11 14:50:36    Page 1 of 2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On April 25, 2011, I served the following document described as **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Hector A. Sandoval
> P.O. Box 693
> Angwin, CA 94508
>
> Daniel B. Beck
> Beck Law, P.C.
> Santa Rosa, CA 95403
>
> David Burchard
> 393 Vintage Park Drive Suite 150
> Foster City, CA 94404

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 25, 2011, at Irvine, California.

/s/*Lorena Farias*
LORENA FARIAS