DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| HECTOR A SANDOVAL<br>PO BOX 693<br>ANGWIN, CA 94508<br><br>###-##-0068<br><br>Debtor(s) | Case No: 10-1-4087AJ13<br>Date:    September 9, 2013<br>Time:    01:30 PM<br>Ctrm:    99 South E Street<br>           Santa Rosa, CA 95404-6517 |

NOTICE OF HEARING ON MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE UNDER 11 U.S.C. 1307 (c)(1)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that Chapter 13 Trustee, DAVID BURCHARD, (hereinafter referred to as "THE TRUSTEE") files this Motion seeking the dismissal of this Chapter 13 case pursuant to the provisions of 11 U.S.C. 1307 (c)(1) due to Debtor(s) failure to make plan payments as described in Debtor(s)' confirmed Chapter 13 plan.

The Trustee's Motion will be heard on September 9, 2013 at 01:30 PM in the United States Bankruptcy Court located at 99 South E Street, Santa Rosa, CA 95404-6517, . In the event you fail to appear at the hearing on this motion, the Court may enter an order for the relief requested, without further hearing.


DATED:    August 7, 2013                    DAVID BURCHARD
                                            DAVID BURCHARD
                                            Chapter 13 Trustee
                                            United States Bankruptcy Court
                                            Northern District of California
                                            San Francisco/Santa Rosa Division

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of this Notice of Hearing on Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. 1307 (c)(1) and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

HECTOR A SANDOVAL
PO BOX 693
ANGWIN, CA 94508

EVAN LIVINGSTONE
LAW OFFICES OF EVAN LIVINGSTONE
740 FOURTH ST # 215
SANTA ROSA, CA 95404-0000

Dated: August 7, 2013

LIZ WHIGHAM
LIZ WHIGHAM
Case Administrator